No. 995. WILLNER *v.* COMMITTEE ON CHARACTER AND FITNESS, APPELLATE DIVISION OF THE SUPREME COURT OF NEW YORK, FIRST JUDICIAL DEPARTMENT. Court of Appeals of New York. Certiorari granted. *Henry Waldman* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Daniel M. Cohen,* Assistant Attorney General, for respondent.

No. 85. AVENT ET AL. *v.* NORTH CAROLINA. Supreme Court of North Carolina. Certiorari granted. *Jack Greenberg, James M. Nabrit III, William A. Marsh, Jr., F. B. McKissick, C. O. Pearson, M. Hugh Thompson, William T. Coleman, Jr., Louis H. Pollak, Charles A. Reich* and *Spottswood W. Robinson III* for petitioners. *T. W. Bruton,* Attorney General of North Carolina, and *Ralph Moody,* Assistant Attorney General, for respondent.

No. 694. GOBER ET AL. *v.* CITY OF BIRMINGHAM. Court of Appeals of Alabama. Certiorari granted. *Jack Greenberg, Constance Baker Motley, Arthur D. Shores, Peter A. Hall, Orzell Billingsley, Jr., Oscar W. Adams, Jr., James M. Nabrit III* and *Louis H. Pollak* for petitioners. *Earl McBee* for respondent.

No. 721. SHUTTLESWORTH ET AL. *v.* CITY OF BIRMINGHAM. Court of Appeals of Alabama. Certiorari granted. *Jack Greenberg, Constance Baker Motley, Arthur D. Shores, Orzell Billingsley, Peter A. Hall, Oscar Adams* and *James M. Nabrit III* for petitioners. *Earl McBee* for respondent.